IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORY NIXON, RICKY EARLS,
MICHAEL HEARING, BUD TRAMMELL,
PAUL BAGGETT, CHARLES W. BISBEE,
JAMES CONLEY, RUSS EVANS, ROBERT
GRACIE, COY MOORE, DAVID OUTLAW,
TERRY WINNINGHAM, and CARL OTWELL,
EACH INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                                     PLAINTIFFS

v.                        Case No. 4:11-cv-0578-KGB

COSTNER EXCAVATING, INC.
d/b/a COSTNER GAS AND OIL FIELD
SERVICES, and RHETT COSTNER,
Individually and as Owner/Manager of
Costner Excavating, Inc.                                          DEFENDANTS

## ORDER

Before the Court is separate plaintiff Bud Trammell's motion for voluntary dismissal (Dkt. No. 78). The time for responding to the motion has passed, and defendants have filed no response opposing the motion. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Mr. Trammell has a right to dismiss voluntarily his claim against defendants. For good cause shown, Mr. Trammell's motion is granted.

SO ORDERED this 18 day of October, 2012.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE