IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORY NIXON, RICKY EARLS,
MICHAEL HEARING, PAUL BAGGETT,
CHARLES W. BISBEE, JAMES CONLEY,
RUSS EVANS, ROBERT GRACIE, COY MOORE,
DAVID OUTLAW, TERRY WINNINGHAM, and
CARL OTWELL, EACH INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED                              PLAINTIFFS

v.                          Case No. 4:11-cv-0578-KGB

COSTNER EXCAVATING, INC.
d/b/a COSTNER GAS AND OIL FIELD
SERVICES, and RHETT COSTNER,
Individually and as Owner/Manager of
Costner Excavating, Inc.                                          DEFENDANTS

## AMENDED ORDER

Before the Court is plaintiffs' motion to withdraw Amber Schubert as named counsel (Dkt. No. 116). For good cause shown, plaintiffs' motion is granted. Amber Schubert is no longer assigned as counsel of record for plaintiffs.

SO ORDERED this 7 day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE