IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY NIXON**, *et al*.                                                                                   **PLAINTIFFS**

v.                                    **Case No. 4:11-cv-00578-KGB**

**COSTNER EXCAVATING, INC.**, *et al*.                                                  **DEFENDANTS**

### ORDER

Based upon the Clerk's minutes entry for proceedings held before Magistrate Judge J. Thomas Ray (Dkt. No. 171) and counsels' written representations to this Court, this case is removed from the trial docket for the week of March 31, 2014.

SO ORDERED this 10th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE