IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**CORY NIXON**, *et. al.*                                                                                           **PLAINTIFFS**

vs.                                         Case No. 4:11-CV-0578-KGB

**COSTNER EXCAVATING, INC.,**
d/b/a **COSTNER GAS AND OIL FIELD SERVICES,**
**COSTNER DRILLING & BLASTING, LLC,**
**COSTNER MACHINERY & EQUIPMENT, LLC,**
**COSTNER TRUCKING, INC, COSTNER HOLDING, LLC,**
**RHETT COSTNER, and LADONNA COSTNER,**
 individually and as Owners/Managers of
Costner Excavating, Inc., Costner Drilling and Blasting, LLC,
Costner Machinery and Equipment, LLC, Costner Trucking, Inc.,
and Costner Holding, LLC.                                                                         **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)((1)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that the above-styled cause of action has been resolved, and therefore request the complaint and all claims in this action against Defendants be dismissed with prejudice.

The parties stipulate that this Court retains jurisdiction until February 28, 2015, to enforce the terms of the settlement agreement, vacate any Order of Dismissal that may be entered, and reopen the action if it is satisfactorily shown that resolution has not been completed and further litigation is necessary.

                                                   Respectfully submitted,

                                  By:    /s/ John T. Holleman
                                               John T. Holleman, ABN 91056
                                               HOLLEMAN & ASSOCIATES, P.A.
                                               1008 West Second Street
                                               Little Rock, AR 72201
                                               Telephone: (501) 975-5040
                                               Facsimile:  (501) 975-5043

       Christopher R. Heil, ABN  92128
       Lloyd "Tre" Kitchens, ABN 99075
       THE BRAD HENDRICKS LAW FIRM
       500 C Pleasant Valley Drive
       Little Rock, AR 72227
       Telephone (501) 588-0549
       Facsimile (501) 661-0196
       Attorneys for Plaintiffs,

       And,

By:  /s/ Denise Reid Hoggard
       Denise Reid Hoggard, ABN 84072
       Rainwater, Holt & Sexton, PA
       Post Office Box 17250
       Little Rock, Arkansas 72222
       (501) 868-2500 - Direct
       (501) 868-2505 - Fax
       (800) 434-4800 - Toll Free
       www.CallRainwater.com
       hoggard@rainfirm.com


       Virgil W. Young
       Hale & Young, PLLC
       4801 North Hills Blvd.
       North Little Rock, AR 72116
       vyoung@virgilyoung.com
       Attorneys for Defendant