IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORY NIXON**, *et al*.                                                                                 **PLAINTIFFS**

**v.**                       **Case No. 4:11-cv-00578-KGB**

**COSTNER EXCAVATING, INC.**, *et al*.                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, the Court enters judgment in favor of plaintiffs and jointly and severally against defendants Costner Excavating, Inc., d/b/a Costner Gas and Oil Field Services, Costner Drilling & Blasting, LLC, Costner Machinery & Equipment, LLC, Costner Trucking, Inc., Costner Holding, LLC, Rhett Costner, and LaDonna Costner in the amount of $200,000.00.  The Court also awards prejudgment interest at the rate of 6% per annum from January 31, 2015, until this date.

SO ADJUDGED this 18th day of February, 2015.

*/s/ Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE