# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CORY NIXON, *et al.*                                                                  PLAINTIFFS

v.                          No. 4:11CV00578 JLH

COSTNER EXCAVATING, INC., *et al.*                                    DEFENDANTS

THE CITIZENS BANK                                             GARNISHEE

## **JUDGMENT OF GARNISHMENT**

Pursuant to the Order entered separately today, judgment is entered in favor of the plaintiffs against The Citizens Bank in the amount of $1,233.98, for distribution in accordance with Holleman & Associates' professional obligations and contractual relationships with its clients.

IT IS SO ORDERED this 16th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE